UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON WALLACE,<br><br>        Plaintiff,<br><br>    v.<br><br>WARDEN,<br><br>        Defendant. | Case No. 22-cv-05215-JSC<br><br>**ORDER OF DISMISSAL** |

On September 13, 2022, the Clerk opened this matter based upon a letter received from Plaintiff seeking billions of dollars from the Court. (ECF No. 1.) On the same day the letter was received, the Clerk notified Plaintiff that he had neither paid the filing fee nor completed an application to proceed in forma pauperis ("IFP"), and that he must file his claims in a Complaint. (ECF Nos. 2, 3.) The Clerk mailed Plaintiff the Court's IFP application and form Complaint along with the deficiency notices, as well as a stamped return envelope and instructions for completing the forms. The notices informed him that the case would be dismissed if he did not file a Complaint and either pay the filing fee or file a completed IFP application within 28 days. (*Id.*)

On October 12, 2022, the Court received an unsigned letter from Plaintiff requesting additional time. (ECF No. 5.) An extension of his deadline was granted to, and including November 28, 2022, and Plaintiff was informed that failure to file a Complaint and either pay the filing fee or file an IFP application before then would result in the dismissal.[1] (ECF No. 9.) The deadline has passed, and the Court has not received a Complaint, an application to proceed IFP, the filing fee, an explanation for such failure, or a request for a further extension of time.

---

[1] On November 21, 2022, the Court received another letter from Plaintiff complaining about the reassignment of this case from a Magistrate Judge to the undersigned District Judge, and again seeking billions of dollars from the Court. (ECF No. 8.) The case was reassigned because Plaintiff did not consent to the jurisdiction of a Magistrate Judge. (ECF Nos. 4, 6, 7.)

Consequently, the case is DISMISSED without prejudice to Plaintiff filing his claims in a Complaint in a new case in which he either pays the filing fee or submits a completed IFP application.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: December 8, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge